JUDITH M. LOWE et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—

Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.